1  DAVID R. ISOLA, (SBN 150311)
2  **ISOLA LAW GROUP, LLP**
   405 West Pine Street
3  Lodi, California  95240
4  Telephone: (209) 367-7055
   Facsimile: (209) 367-7056
5  Email: disola@isolalaw.com

Attorneys for Plaintiff, Powerine Oil Company, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (LOS ANGELES DIVISION)

| | |
|---|---|
| In re | **Case No. 2:12-bk-25842 BR** |
| LAKELAND DEVELOPMENT COMPANY, | Chapter 7 |
| Debtor. | **Adv. No. 2:16-ap-01249-BR** |
| | **STIPULATION FOR DISMISSAL** |
| POWERINE OIL COMPANY, a California corporation | |
| Plaintiff, | |
| vs. | |
| JASON M. RUND in his capacity as Chapter 7 Trustee, and LAKELAND DEVELOPMENT COMPANY, | |
| Defendants | |

STIPULATION FOR DISMISSAL
-1-

Plaintiff, Powerine Oil Company, and Defendant, Jason Rund in his capacity as Chapter 7 Trustee, (collectively, the "Parties") hereby agree and stipulate through their respective counsel of record that this Adversary Proceeding be dismissed without prejudice, both parties to bear their own fees and costs.

Dated: October 28, 2016    ISOLA LAW GROUP, LLP

By:    /s/ David R. Isola
      David R. Isola
Attorneys for Plaintiff Powerine Oil Company, Inc.

Dated: November 1, 2016    MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin

By:    /s/ Richard W. Esterkin
      Richard W. Esterkin
Attorneys for Defendant Jason M. Rund, Chapter 7 Trustee